ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com
          wncarlon@packardlawoffices.com

Attorneys for Plaintiff
BATTLE CREEK ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTLE CREEK ALLIANCE,<br><br>                    Plaintiff,<br><br>          v.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>                    Defendant. | Case No.  2:16-CV-01503-WBS-CMK<br><br>**ORDER EXTENDING PRETRIAL<br>SCHEDULING STATUS CONFERENCE** |

        Pursuant to the joint stipulation of the Parties, and good cause appearing, the request to extend the deadline for the Pretrial Scheduling Status Conference is GRANTED.  The Pretrial Scheduling Status Conference is hereby extended by sixty (60) days, from November 7, 2016 to **January 17, 2017 at 1:30 p.m.**   A Joint Status Report shall be filed no later than January 3, 2017.

        IT IS SO ORDERED.

Dated:  October 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1