UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BATTLE CREEK ALLIANCE,<br><br>        Plaintiff,<br><br>   v.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>        Defendant,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE Environment and Natural Resources Division,<br><br>        Unknown. | CIV. NO. 2:16-cv-1503 WBS CMK<br><br>ORDER OF RECUSAL |

----oo0oo----

        The undersigned judge hereby recuses himself as the judge to whom this case is assigned.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated: November 10, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1