ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
BATTLE CREEK ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BATTLE CREEK ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>Defendant. | Case No.  2:16-CV-01503-JAM-CMK<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff Battle Creek Alliance ("BCA") and Defendant in the above-captioned action, stipulate as follows:

WHEREAS, on or about April 29, 2016, BCA provided Defendant with a Notice of Violations and Intent to File Suit ("CWA 60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on July 1, 2016, BCA filed its Complaint against Defendant in this Court and said Complaint incorporated by reference all of the allegations contained in BCA's CWA 60-Day Notice Letter;

WHEREAS, BCA and Defendant, through their authorized representatives and without either adjudication of BCA's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of BCA as set forth in BCA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed settlement agreement ("Settlement Agreement") entered into by and between BCA and Defendant is attached hereto as **Exhibit A** and incorporated

by reference;

WHEREAS, BCA has submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has now expired;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that BCA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 13 of the Settlement Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through January 31, 2019, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: February 7, 2017                Respectfully submitted,

LAW OFFICES OF ANDREW L. PACKARD

By: /s/ William N. Carlon
William N. Carlon
Attorneys for Plaintiff


Dated: February 7, 2017                DOWNEY BRAND LLP

By: /s/ Nicole Granquist
Nicole Granquist
Attorneys for Defendant

# **ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff Battle Creek Alliance's claims against Defendant Sierra Pacific Industries, Inc., as set forth in BCA's 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Settlement Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A until January 31, 2019.

IT IS SO ORDERED.

Dated:  2/7/2017                                         /s/ John A. Mendez_____
                                                         UNITED STATES DISTRICT COURT JUDGE